# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**BRISEIDA VICENTE MORENO,**

**Plaintiff,**

**v.**                                               **CIVIL NO. 16-2714 (GAG)**

**SPRINT INTERNATIONAL CARIBE, INC.,**

**Defendant.**

## JUDGMENT

Pursuant to the parties' Stipulation of Dismissal at Docket No. 33, the Court hereby enters judgment **DISMISSING with prejudice** all claims and causes of action brought by Plaintiff against Defendant Sprint International Caribe, Inc.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of June, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge